[No. 50707-9-I. Division One. April 21, 2003.]

SOONHEE COOKE, *Respondent*, v. SEK K. CHUNG, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 02-2-04154-0, Ronald Kessler, J., entered June 7 and 28, 2002. *Reversed* by unpublished opinion per Becker, C.J., concurred in by Cox and Schindler, JJ.

[No. 50759-1-I. Division One. April 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TAJMA EATON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-8-01319-0, Leonid Ponomarchuk, J. Pro Tem., entered June 12, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 20558-4-III. Division Three. April 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND DALE LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 01-1-00332-4, John M. Antosz, J., entered August 21, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 20647-5-III. Division Three. April 22, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE GUADALUPE CAVAZOS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 01-1-00303-9, Ted W. Small, J., entered October 10, 2001. *Reversed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Sweeney, J.